# United States District Court
## Northern District of Illinois
### Eastern Division

Sylvester Taylor                                **JUDGMENT IN A CIVIL CASE**

      v.                                Case Number: 06 C 3016

Untied States of America

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■      Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED Petitioner's 28 U.S.C. § 2255 Motion is DENIED with prejudice.  This case is CLOSED

                                                 Michael W. Dobbins, Clerk of Court

Date: 1/11/2007                                          _____

                                                 /s/ Patricia McQurter-Figgs, Deputy Clerk

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Sylvester Taylor | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 06 C 3016 |
| Untied States of America | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED Petitioner's 28 U.S.C. § 2255 Motion is DENIED with prejudice. This case is CLOSED

Michael W. Dobbins, Clerk of Court

Date: 1/11/2007

/s/ Patricia McQurter-Figgs, Deputy Clerk